UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10094 RCL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATIONS: |
| ) | |
| JEROME PENROSE ) | 18 U.S.C. § 922(g)(1) - |
| ) | Felon in Possession of |
| ) | Firearm and Ammunition |

## INDICTMENT

<u>COUNT ONE</u>:   (Title 18, United States Code § 922(g)(1) - Felon In Possession Of A Firearm)

The Grand Jury charges that:

On or about January 10, 2005, at Lynn, in the District of Massachusetts,

**JEROME PENROSE,**

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Baikal .380 caliber pistol bearing serial number A041360, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jerome Penrose

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 922(g)(1) | Felon in possession of firearms | 1-3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**COUNT TWO:** **(Title 18, United States Code § 922(g)(1) - Felon In Possession Of A Firearm and Ammunition)**

The Grand Jury further charges that:

On or about January 27, 2005, at Lynn, in the District of Massachusetts,

**JEROME PENROSE,**

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Charter Arms, Bulldog, .44 caliber revolver bearing serial number 261366, and two rounds of .44 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: _____  Category No. **II** _____  Investigating Agency **ATF**

City  **Lynn**  Related Case Information:

County  **Essex**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  **05-01069-JGD**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **Jerome Penrose**   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): **1982**  SSN (last 4 #): **0605**  Sex **M**  Race: **Black**  Nationality: **Jamaica**

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _____  Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  **March 28, 2005**

☒ Already in Federal Custody as  **pretrial detainee**  in  **custody of U.S. Marshal**
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  **3**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **4/6/05**   Signature of AUSA: _(signed)_

**COUNT THREE**:   (Title 18, United States Code § 922(g)(1) -
         Felon In Possession Of A Firearm)

The Grand Jury further charges that:

On or about February 8, 2005, at Lynn, in the District of Massachusetts,

**JEROME PENROSE**,

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Winchester, model 94AE, 30-30 caliber rifle, bearing serial number 6087606, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;    April 6, 2005 @ 1:21 PM

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK