UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10094-RCL

UNITED STATES OF AMERICA

v.

JEROME PENROSE

**FURTHER ORDER ON EXCLUDABLE TIME**

May 31, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

May 17, 2005 through July 21, 2005,

the period between the expiration of the initial order on excludable time and the final

status conference.

Based upon the prior order of the court dated April 19, 2005 and this order, as of

July 21, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial

Act and seventy (70) days will remain under the Speedy Trial Act in which this case

must be tried.

＿＿＿ / s / Judith Gail Dein ＿＿＿＿＿＿
JUDITH GAIL DEIN
United States Magistrate Judge