```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
     v.                         )    CRIMINAL NO. 05-10094-RCL
                                )
JEROME PENROSE                  )
```

                    RESPONSE TO MOTION TO COMPEL

Without agreeing to the arguments set forth in the defendant's Motion to Compel, including particularly the defendant's assertion that the information called for by L.R. 116.2(B)(1)(c)-(e) is core Brady material subject to disclosure immediately as a matter of constitutional imperative, see, e.g., United States v. Ruiz, 536 U.S. 622 (2002) to the contrary, the government withdraws its declination of disclosure and will produce under separate cover the information called for under said provisions.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                              By: /s/Robert E. Richardson
                                  ROBERT E. RICHARDSON
                                  Assistant U.S. Attorney

                    CERTIFICATE OF SERVICE

     I, Robert E. Richardson, hereby certify that I caUsed a true copy of the foregoing to be served by electronic filing on Tracy A. Miner, Esq., and Jessica C. Lowney, Esq., this 15th day of July, 2005.

                                  /s/Robert E. Richardson
                                  ROBERT E. RICHARDSON