UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05-CR-10094 |

### JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

Counsel hereby move that the Final Status Conference, presently scheduled for July 21, 2005 at 3:00 p.m., be continued until a time designated by the court in late August or early September 2005. In addition, counsel ask that the deadline for discovery motions to be extended until the Final Status Conference. The defendant agrees to exclude the time between July 21, 2005 and the Final Status Conference date. This continuance is requested due to summertime vacations and on-going negotiations between the parties.

        Respectfully submitted,

        JEROME PENROSE

        By his attorneys,

          /s/ Jessica C. Lowney
        Tracy A. Miner, BBO# 547137
        Jessica C. Lowney, BBO #655758
        Mintz, Levin, Cohn, Ferris,
          Glovsky and Popeo, P.C.
        One Financial Center
        Boston, Massachusetts  02111
        (617) 542-6000

Dated: July 20, 2005

LIT 1533268v1