UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10094-RCL

UNITED STATES OF AMERICA

v.

JEROME PENROSE

## FURTHER ORDER ON EXCLUDABLE TIME

July 20, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 21, 2005 through August 30, 2005,

the period between the originally scheduled final status conference and the date of the continued final status conference.

Based upon the prior orders of the court dated April 19, 2005, May 31, 2005 and this order, as of August 30, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

**A Final Status Conference has been scheduled for August 30, 2005 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference.  In addition, the parties shall include in the Joint Memorandum not only the periods of excludable**

**time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence, as well as the total amount of time which has been excluded.**

                        / s / Judith Gail Dein
                        JUDITH GAIL DEIN
                        United States Magistrate Judge