UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05-CR-10094 |

## JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

Counsel hereby move that the Final Status Conference, presently scheduled for August 30, 2005 at 10:00 a.m., be continued until a time designated by the court in late September 2005. In addition, counsel ask that the deadline for discovery motions to be extended until the Final Status Conference. The defendant agrees to exclude the time between August 30, 2005 and the Final Status Conference date. This continuance is requested due to summertime vacations and on-going negotiations between the parties.

Respectfully submitted,

**JEROME PENROSE**

By his attorneys,

_____/s/ Jessica C. Lowney_____
Tracy A. Miner, BBO# 547137
Jessica C. Lowney, BBO #655758
Mintz, Levin, Cohn, Ferris,
   Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

Dated:  August 26, 2005

LIT 1533268v2