UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10094-RCL

UNITED STATES OF AMERICA

v.

JEROME PENROSE

**FURTHER ORDER ON EXCLUDABLE TIME**

August 29, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for August 30, 2005. The parties have jointly requested a continuance due to scheduling conflicts, and in order to continue on-going negotiations. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 30, 2005 - September 26, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for September 26, 2005 at 2:15p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In**

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                                      / s / Judith Gail Dein
                                    JUDITH GAIL DEIN
                                    United States Magistrate Judge