UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05-CR-10094 |

### JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

Counsel hereby move that the Final Status Conference, presently scheduled for September 26, 2005 at 2:15 p.m., be continued until a time designated by the court in late October 2005. In addition, counsel ask that the deadline for discovery motions to be extended until the Final Status Conference. The defendant agrees to exclude the time between September 26, 2005 and the Final Status Conference date. This continuance is requested due to on-going negotiations between the parties.

Respectfully submitted,

**JEROME PENROSE**

By his attorneys,

    /s/ Jessica C. Lowney
Tracy A. Miner, BBO# 547137
Jessica C. Lowney, BBO #655758
Mintz, Levin, Cohn, Ferris,
   Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

Dated:  September 23, 2005