UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05-CR-10094 |

**JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE**

Counsel hereby move that the Final Status Conference, presently scheduled for October 27, 2005 at 2:45 p.m., be continued until a time designated by the court in late November 2005. In addition, counsel ask that the deadline for discovery motions to be extended until the Final Status Conference. The defendant agrees to exclude the time between October 27, 2005 and the Final Status Conference date. This continuance is requested due to on-going negotiations between the parties.

Respectfully submitted,

**JEROME PENROSE**

By his attorneys,


/s/ Jessica C. Lowney_____
Tracy A. Miner, BBO# 547137
Jessica C. Lowney, BBO #655758
Mintz, Levin, Cohn, Ferris,
    Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000


**UNITED STATES OF AMERICA**

By its attorneys,

 /s/ Robert Richardson_____
Robert Richardson
United States Attorney's Office
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100


Dated:  October 26, 2005

LIT 1533268v5