UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10094-RCL

UNITED STATES OF AMERICA

v.

JEROME PENROSE

## FURTHER ORDER ON EXCLUDABLE TIME

November 22, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for November 22, 2005. The parties have jointly requested a continuance due to on-going negotiations between the parties. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 22, 2005 - December 13, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for December 13, 2005 at 2:45 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

           / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge