UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10094-RCL

UNITED STATES OF AMERICA

v.

JEROME PENROSE

**FINAL STATUS REPORT**

December 13, 2005

DEIN, M.J.

A final status conference was held before this court on December 13, 2005, at which time the court was notified by defendant's counsel that the parties are in the process of finalizing a plea arrangement. Consequently, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant intends to enter a plea, although the final agreement is not yet signed.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated April 19, 2005, May 31, 2005, August 29, 2005, September 26, 2005, October 27, 2005, and November 22, 2005, as of December 13, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.[1]

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz,

5. In the event that a trial is necessary, the parties anticipate it would last one (1) week.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

---

840 F.2d 315, 330-31 (6th Cir. 1988).