UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05-CR-10094 |

## JOINT MOTION TO CONTINUE

Counsel hereby move that the Final Status Conference, presently scheduled for January 18, 2006 at 3:00 p.m., be continued until January 30, 2006 at 2:00 p.m. Counsel ask that this hearing be rescheduled to reflect that it will be a Rule 11 hearing. The defendant agrees to exclude the time between January 18, 2006 and January 30, 2006. This continuance is being requested to permit the parties to complete the negotiation of a plea agreement.

Respectfully submitted,

**JEROME PENROSE**

By his attorneys,

/s/ Jessica C. Lowney
Tracy A. Miner, BBO# 547137
Jessica C. Lowney, BBO #655758
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

**UNITED STATES OF AMERICA**

By its attorney,

 /s/ Robert Richardson
Robert Richardson
United States Attorney's Office
John Joseph Moakley
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated:  January 17, 2006