UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME PENROSE | Criminal No. 05-CR-10094 |
|---|---|

## ASSENTED-TO MOTION TO CONTINUE

Counsel hereby move that the Sentencing Hearing, presently scheduled for May 8, 2006 at 2:00 p.m., be continued until the week of May 22, 2006. In support of this motion, defense counsel states that Ms. Tara Muise, girlfriend of Defendant and mother of Defendant's son, Jayden Penrose, has a vacation planned for the week of May 8, 2006. Since the sentencing will effect both the Defendant and Ms. Muise, who Defendant has an ongoing relationship with, we ask that this hearing be rescheduled so that she may attend. Defense counsel has obtained the assent of both AUSA Robert Richardson and Probation Officer Tricia Marcy.

Respectfully submitted,

**JEROME PENROSE**

By his attorneys,

/s/ Jessica C. Lowney
Tracy A. Miner, BBO# 547137
Jessica C. Lowney, BBO #655758
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

Dated:  April 12, 2006

LIT 1533268v.8