# MINTZ LEVIN

One Financial Center
Boston, MA  02111
617-542-6000
617-542-2241 fax
www.mintz.com

Jessica Lowney Sergi | 617 348 1766 | jcsergi@mintz.com

May 4, 2006

**FILED ELECTRONICALLY**

The Honorable Reginald C. Lindsay
United States District Court for the District of Massachusetts
Suite 5130
One Courthouse Way
Boston, MA 02210

    Re:   *United States of America v. Jerome Penrose*
            *Cr. No. 05-CR-10094*

Dear Judge Lindsay:

    As a supplement to the Mr. Penrose's Sentencing Memorandum and Request For Downward Departure, please review Ms. Muise's letter which is attached. Ms. Muise will be unable to attend the sentencing hearing on Monday. She, however, wanted to inform the Court of her relationship with Mr. Penrose and his relationship with her children.  Please consider this letter along with Mr. Penrose's Sentencing Memorandum.

    Thank you.

                                     Very truly yours,

                                     /s/ Jessica C. Lowney

JLS/mpj
Attachment

cc:    AUSA Robert E. Richardson
         Tricia Marcy, U.S. Probation

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

LIT 1571512v.1  BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON | PALO ALTO

Judge Lindsay:

    I am sorry that I am unable to attend the sentencing hearing today. I wish I could be there. However, I had planned a vacation, my first ever, about a year ago; all of the money was already paid (mostly by my mother and father) and I wouldn't get the money back. I was willing to cancel my trip and told Jerome I would but he said that I should go on vacation because he would feel guilty if I missed it for the hearing. Even though I cannot be there, I will be thinking and praying for Jerome, and about the decision that you have to make today. It is a decision that affects Jerome, but it also effects my life and the life of my two children.

    Jerome and I met in January of 2001. We were both immature 20 year olds trying to figure out life in a rough part of the city with no resources or family to rely on. I work full time and Jerome took care of Jayden (our son, 4 years old) and Christian (my 8 year old son) every day while I was working since we couldn't afford daycare. Jerome is a fantastic father and the boys love him. He taught Christian to ride a bike and would often go to Nahant beach with the boys to go bike riding. Jerome loves soccer and would always play with the boys at the park and taught them how to play. He also would make all of us dinner and would let the boys help whenever they wanted; he would also bake with the boys - cookies and cakes - they loved it!

    Jerome started our family tradition of "movie night" when Jerome would get a movie and make us all popcorn. We had a really nice family situation. It was very comfortable and the boys love being with their father. Even during times when we weren't getting along, Jerome always maintained his relationship with the boys. Sometime in the last year or so, I started putting the kids in daycare. Jerome would still pick the kids up from day care, play with them for a couple of hours and then bring them home. He is a real family man and he is a compassionate and thoughtful person. The boys are excited to talk to him every night when he calls and are always tearful when Jerome needs to go. It is a really tough situation for them and I am constantly telling them that soon Daddy will be home and everything will be OK.

    We were a happy family, but Jerome and I also have tempers and ended up fighting sometimes. Looking back now, they were all unnecessary fights, but we had them anyway. It was not just Jerome who had a temper. I also have anger issues and I have been seeing a counselor once a week which has helped my issues a lot. Jerome took anger management classes too and I did see an improvement after that. I don't want to paint the picture that our relationship was bad. It was actually very good and I am so excited to continue it when he comes home.

    I have obviously been thinking about Jerome and his situation a lot in the last year and I am convinced that he is where he is because he is uneducated and just tries to make everyone happy. I know that he did things that were wrong and illegal, but I also know that he did these things because we were struggling with money and he got wrapped up in

the wrong crowd. Jerome isn't a troublemaker and he is truly sorry for getting involved in these situations.

Jerome has told me that being in jail for this year has made him realize how important his family is and that he never wants to be away from us again. We are excited about starting a life together in Jamaica when we can. Well, I don't really know what else to say except that I love Jerome and I would be very grateful if you would order that he be released from prison soon. We all miss him and want him home.

Thank you very much,

Tara Muise (and, Christen and Jayden)